Objection Deadline: To be determined
Hearing Date: To be determined

PACHULSKI STANG ZIEHL YOUNG JONES
    & WEINTRAUB LLP
10100 Santa Monica Blvd., 1th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Dean A. Ziehl (DZ 6154)
Robert J. Feinstein (RF-2836)
Debra I. Grassgreen (CA Bar No. 169978)
Conflicts Counsel for Debtors and Debtors in Possession Dana Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Dana Corporation, et al., | : | (Jointly Administered) Case |
| | : | |
| Debtors | : | Case No. 06-10354 (REG) |

### APPELLEE'S DESIGNATION OF ADDITIONAL
### ITEMS FOR INCLUSION IN RECORD ON APPEAL

The above-captioned debtors and debtors in possession (the "Debtors"), the appellees herein, hereby file this Appellee's Designation of Additional Items for Inclusion in Record on Appeal (the "Additional Designations") pursuant to Federal Rule of Bankruptcy Procedure 8006. The Additional Designations relates to (i) Goodyear Tire & Rubber Company's ("Goodyear") appeal [Docket No. 5482] to the United States District Court for the Southern District of New York of this Court's May 30, 2007 Written/Memorandum Decision Denying Request to File Late 503(b)(9) Claim [Docket No. 5482]; and (ii) the Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented on Appeal Pursuant to Bankruptcy Rule 8006 [Docket No. 5561] filed by Goodyear. The Additional Designations are as follows:

|    | **File Date** | **Docket No.** | **Pleading** |
|----|---------------|----------------|--------------|
| 1. | 06/30/06 | 1645 | Transfer Agreement FRBP 3001(e) – Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) Transfer Agreement 3001(e)2 Transferors: The Goodyear Tire & Rubber Company (Amount $863,355.51). To JPMorgan Chase Bank, N.A. |
| 2. | 06/30/06 | 1645 | Proof of Claim No. filed by Goodyear Corporation (see *Exhibit C* Docket No. 1645) |
| 3. | 06/30/06 | 1655 | Proof of Claim No. filed by Goodyear Corporation (see *Exhibit C* Docket No.1645) |
| 4. | 07/05/06 | 1668 | Motion to Set Last Day to File Proofs of Claim / Motion of Debtors and Debtors in Possession for an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof, together with the Notice of Hearing thereto |
| 5. | 07/19/06 | 2073 | Order signed on 7/19/2006 Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |
| 6. | 07/25/06 | 2283 | Certificate of Service Notice of Transfer from Goodyear Tire & Rubber Company to JP Morgan Chase Bank NA filed by BMC Group, Inc. |
| 7. | 08/22/06 | 3111 | Statement /Notice of Deadlines for Filing Proofs of Claim (General Bar Date is September 21, 2006 at 5:00 p.m. Eastern Time) |
| 8. | 08/22/06 | 3118 | Certificate of Mailing (related document 3111)[1] |
| 9. | 8/22/06 | 3119 | Affidavit of Service /Certificate of Supplemental Mailing (related document(s) 3118, 3111) |

---

[1] This designated item is of unusual bulk and weight. Pursuant to Local Bankruptcy Rule 8007-1(b), the physical exhibit shall remain in the custody of the attorney producing them. The physical exhibit shall be available for inspection by request made to counsel for the Debtors identified herein.

| | **File Date** | **Docket No.** | **Pleading** |
|---|---|---|---|
| 10. | 08/25/06 | 3172 | Affidavit /Affidavits of Publication of the Notice of Deadlines for Filing Proofs of Claim (General Bar Date is September 21, 2006 at 5:00 p.m., Eastern Time (related document(s) 3111) |
| 11. | 03/29/07 | ____ | Proofs of Claim Nos.14766 and 14767 filed by Goodyear for section 503(b)(9) claims |
| 12. | 04/17/07 | 5120 | Order signed on 4/17/07 Granting Leave to File Declaration Under Seal |
| 13. | 06/28/06 | | Essential Supplier Agreement [TO BE FILED UNDER SEAL] |

Dated:   June 28, 2007                    PACHULSKI STANG ZIEHL YOUNG JONES
                                                                            & WEINTRAUB LLP

By   */s/ Robert J. Feinstein*
      Dean A. Ziehl (DZ-6154)
      Robert J. Feinstein (RF-2836)
      Debra I. Grassgreen (CA Bar No. 169978)
      10100 Santa Monica Blvd.
      11th Floor
      Los Angeles, California  90067-4100
      Telephone: 310/277-6910
      Facsimile:  310/201-0760
      Conflicts Counsel for  Debtors and Debtors in Possession
      DANA CORPORATION