


BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Appellant,
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                              :
                                    :
   DANA CORPORATION, *et al.*,      : Chapter 11 Case No. 06-10354 (BRL)
                                    : (Jointly Administered)
              Debtors.      :
                                    :
------------------------------------x
                                    :
   THE GOODYEAR TIRE & RUBBER       :
   COMPANY,                         :
                                    :
              Appellant,    : Case No. 07-CV-06169 (DAB)
                                    :
vs.                                 : (Bankruptcy Appeal)
                                    :
   DANA CORPORATION, *et al.*,      : Judge Deborah A. Batts
                                    :
              Appellee.     :
                                    :
------------------------------------x

**<u>ORDER GRANTING APPELLANT'S MOTION FOR SUBSTITUTION
OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(c)</u>**

HF 3777946v.1 #05856/0058

The Goodyear Tire & Rubber Company and Veyance Technologies, Inc., having filed their Motion for Substitution of Parties Pursuant to Federal Rule of Civil Procedure 25(c) (the "Motion"), the Court having considered the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth below; and

2. Veyance Technologies, Inc. is hereby substituted for The Goodyear Tire & Rubber Company as Appellant in this Bankruptcy Appeal *nunc pro tunc* to August 31, 2007, pursuant Rule 25(c) of the Federal Rules of Civil Procedure.

3. The caption to be used for all further filings in this case shall read as follows:

------------------------------------x
In re:                              :
                                    :  Chapter 11 Case No. 06-10354 (BRL)
    DANA CORPORATION, *et al.*,     :  (Jointly Administered)
                                    :
        Debtors.                    :
                                    :
------------------------------------x
                                    :
                                    :
    VEYANCE TECHNOLOGIES, INC.,     :
                                    :  Case No. 07-CV-06169 (DAB)
        Appellant,                  :
                                    :  (Bankruptcy Appeal)
    vs.                             :
                                    :  Judge Deborah A. Batts
    DANA CORPORATION, et al.,       :
                                    :
        Appellee.                   :
                                    :
------------------------------------x

DATED: _____           _____
                                Hon. Deborah A. Batts
                                United States District Judge

HF 3777946v.1 #05856/0058