BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Appellant,
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                            :
                                                  :
    DANA CORPORATION, *et al.*,            : Chapter 11 Case No. 06-10354 (BRL)
                                                  : (Jointly Administered)
                  Debtors.              :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
    THE GOODYEAR TIRE & RUBBER         :
    COMPANY,                            :
                                                  :
                                                  : Case No. 07-CV-06169 (DAB)
                  Appellant,            :
                                                  : (Bankruptcy Appeal)
vs.                                               :
                                                  : Judge Deborah A. Batts
    DANA CORPORATION, *et al.*,            :
                                                  :
                  Appellee.             :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>CERTIFICATE OF SERVICE</u>**

I, Frederick E. Schmidt, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, hereby certify that on this 31st day of August 2007, I caused a copy of the foregoing **Appellant's Motion For Substitution of Parties Pursuant to Federal Rule of Civil Procedure 25(c)** to be filed electronically.  Parties will receive notice of the filing by virtue of the Court's electronic filing system.  The document may be accessed through the Court's system.

<u>/s/ Frederick E. Schmidt</u><br>Frederick E. Schmidt