BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone:  (216) 830-6830
Facsimile:  (216) 830-6807
Marc B. Merklin  (MM8195)
Alan M. Koschik  (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York  10016
Telephone:  (212) 592-1400
Facsimile:   (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Creditor,
Veyance Technologies, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                        :
                                                              :
    DANA CORPORATION, *et al.*,                          :
                                                              :
                        Debtors.                                     :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
VEYANCE TECHNOLOGIES, INC.,                                   :
assignee of The Goodyear                                      :
Tire & Rubber Company,                                        :  Case No. 07-CV-06169 (DAB)
                                                              :
                    Appellant,                                   :  (Bankruptcy Appeal)
                                                              :
vs.                                                           :  Judge Deborah A. Batts
                                                              :
    DANA CORPORATION, *et al.*,                          :
                                                              :
                    Appellee.                                    :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE REGARDING**
**OPENING BRIEF OF APPELLANT VEYANCE TECHNOLOGIES, INC.**

I hereby certify that on this 31st day of August 2007, a copy of the **Opening Brief of Appellant Veyance Technologies, Inc.** was filed electronically. Parties will receive notice of the filing by virtue of the Court's electronic filing system. The document may be accessed through the Court's system. In addition, the foregoing document was also served by regular mail and facsimile on the following:

Dean A. Ziehl
Robert J. Feinstein
Debra I. Grassgreen
Robert M. Saunders
PACHULSKI STANG ZIEHL
  YOUNG JONES & WEINTRAUB LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Thomas Moers Mayer
Matthew J. Williams
Stephen D. Zide
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036


/s/ Alan M. Koschik
Alan M. Koschik

[690565]