BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Appellant,
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                       :
                                                             :
    DANA CORPORATION, *et al.*,                   : Chapter 11 Case No. 06-10354 (BRL)
                                                             : (Jointly Administered)
                Debtors.                 :
                                                             :
------------------------------------------------------------x
                                                             :
THE GOODYEAR TIRE & RUBBER                                   :
COMPANY,                                                     :
                                                             :
                 Appellant,               : Case No. 07-CV-06169 (DAB)
                                                             :
vs.                                                          : (Bankruptcy Appeal)
                                                             :
                                                             : Judge Deborah A. Batts
DANA CORPORATION, *et al.*,                                  :
                                                             :
                 Appellee.                :
                                                             :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

HF 3778098v.1 #05856/0058 08/31/2007 02:45 PM

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

ANNABELLA A. CRUZ, being duly sworn, deposes and says:

That deponent is not a party to the action, is over eighteen years of age and resides at New York County, New York.

That on the 31st day of August 2007 deponent served the within NOTICE OF APPELLANT'S MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(c), APPELLANT'S MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(c), and PROPOSED ORDER GRANTING APPELLANT'S MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(c) upon:

Pachulski Stang Ziehl Young Jones & Weintraub
Attn: Robert J. Feinstein, Esq.
      Dean A. Ziehl
      Debra I. Grassgreen
      Robert M. Saunders
780 Third Avenue
36th Floor
New York, NY 10017-2024

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq.
      Matthew J. Williams
      Stephen D. Zide
1177 Avenue of the Americas
New York, NY 10036

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

ANNABELLA A. CRUZ

Sworn to before me this
31st of August, 2007.

_____
Notary Public

TANYA VITERI
NOTARY PUBLIC, State of New York
Reg. No. 01VI6032087
Qualified in Kings County
Commission Expires October 18, 20__
January 26, 2010

HF 3778098v.1 #05865/0058 08/31/2007 02:45 PM