

ORIGINAL

BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Creditor,
Veyance Technologies, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                              :
                                    :  Chapter 11 Case No. 06-10354 (BRL)
    DANA CORPORATION, et al.,       :  (Jointly Administered)
                                    :
                Debtors.            :
                                    :
------------------------------------x
                                    :
    VEYANCE TECHNOLOGIES, INC.,     :
    assignee of The Goodyear        :
    Tire & Rubber Company,          :  Case No. 07-CV-06169 (DAB)
                                    :
                Appellant,          :
                                    :
    vs.                             :  Judge Deborah A. Batts
                                    :
    DANA CORPORATION, et al.,       :
                                    :
                Appellee.           :
                                    :
------------------------------------x

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

HF 3777700v.1 #05856/0058

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul Rubin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Alan M. Koschik
    Brouse McDowell, LPA
    1001 Lakeside Avenue, Suite 1600
    Cleveland, Ohio 44114
    Telephone: (216) 830-6830
    Facsimile: (216) 830-6807
    akoschik@brouse.com

Alan M. Koschik is a member in good standing of the Bar of the State of Ohio.

---

There are no pending disciplinary proceedings against Alan M. Koschik in any State or Federal Court.

Dated: New York, New York
       August 31, 2007
       Respectfully submitted,

       */s/ Paul Rubin*
       Paul Rubin (PR-2097)
       Herrick, Feinstein LLP
       2 Park Avenue
       New York, NY 10016
       Telephone: (212) 592-1400
       Facsimile: (212) 592-1500

# The Supreme Court of Ohio

C E R T I F I C A T E

     I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Alan Martin Koschik

was admitted to the practice of law in Ohio on April 16, 1996; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

          IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of August, 2007.

          RICHARD A. DOVE
          *Director, Attorney Services Division*

          *Attorney Registration Assistant*

BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Creditor,
Veyance Technologies, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                              :
                                    :   Chapter 11 Case No. 06-10354 (BRL)
      DANA CORPORATION, et al.,     :   (Jointly Administered)
                                    :
               Debtors.             :
                                    :
------------------------------------x
                                    :
VEYANCE TECHNOLOGIES, INC.,         :
  assignee of The Goodyear          :
  Tire & Rubber Company,            :   Case No. 07-CV-06169 (DAB)
                                    :
               Appellant,           :
                                    :   Judge Deborah A. Batts
vs.                                 :
                                    :
DANA CORPORATION, et al.,           :
                                    :
               Appellee.            :
                                    :
------------------------------------x

HF 3777693v.1 #05856/0058

2

## DECLARATION OF PAUL RUBIN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Paul Rubin hereby declares under penalty of perjury as follows:

1. I am a partner at Herrick, Feinstein LLP, counsel for Appellant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellant's motion to admit Alan M. Koschik as counsel pro hac vice to represent Appellant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Alan M. Koschik since April, 2007 when I began working with him on this matter.

4. Mr. Koschik is Partner at Brouse McDowell in Cleveland, Ohio.

5. I have found Mr. Koschik to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Alan M. Koschik, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Alan M. Koschik, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Alan M. Koschik, pro hac vice, to represent Appellant in the above captioned matter, be granted.

I hereby declare the foregoing to be true and correct under penalty of perjury. Executed on the 31st day of August, 2007

_____
Paul Rubin (PR 2097)

3

BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Appellant,
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                              :
                                    :
    DANA CORPORATION, *et al.*,     : Chapter 11 Case No. 06-10354 (BRL)
                                    : (Jointly Administered)
            Debtors.                :
                                    :
------------------------------------x
                                    :
    THE GOODYEAR TIRE & RUBBER      :
    COMPANY,                        :
                                    :
                                    : Case No. 07-CV-06169 (DAB)
            Appellant,              :
                                    : (Bankruptcy Appeal)
    vs.                             :
                                    : Judge Deborah A. Batts
    DANA CORPORATION, *et al.*,     :
                                    :
            Appellee.               :
                                    :
------------------------------------x

## AFFIDAVIT OF SERVICE

HF 3778098v.1 #05856/0058 08/31/2007 02:52 PM

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                                        ss.:
COUNTY OF NEW YORK )

MARIE GRIMM, being duly sworn, deposes and says:

That deponent is not a party to the action, is over eighteen years of age and resides at New York County, New York.

That on the 29th day of August 2007 deponent served the within motions to admit counsel pro hac vice upon:

> Pachulski Stang Ziehl Young Jones & Weintraub
> Attn: Robert J. Feinstein, Esq.
> 780 Third Avenue
> 36th Floor
> New York, NY 10017-2024
>
> Kramer Levin Naftalis & Frankel LLP
> Attn: Thomas Moers Mayer, Esq.
> 1177 Avenue of the Americas
> New York, NY 10036

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
MARIE GRIMM

Sworn to before me this
31st of August, 2007.

_____
Notary Public
TANYA VITERI
NOTARY PUBLIC, State of New York
Reg. No. 01VI6032087
Qualified in Kings County & NY County
Commission Expires ~~October 18, 20~~
January 26, 2010