BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Creditor,
Veyance Technologies, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| In re: : | |
|    DANA CORPORATION, *et al.*, : | Chapter 11 Case No. 06-10354 (BRL)<br>(Jointly Administered) |
|             Debtors. : | |
| ------------------------------------- x | |
| VEYANCE TECHNOLOGIES, INC., :<br>assignee of The Goodyear<br>Tire & Rubber Company, : | Case No. 07-CV-06169 (DAB) |
|             Appellant, : | |
| vs. : | Judge Deborah A. Batts |
| DANA CORPORATION, *et al.*, : | |
|             Appellee. : | |

------------------------------------- x

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

HF 3777706v.1 #05856/0058

Upon the motion of Paul Rubin, attorney for Appellant Veyance Technologies, Inc., and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

>Alan M. Koschik
>Brouse McDowell, LPA
>1001 Lakeside Avenue, Suite 1600
>Cleveland, Ohio  44114
>Telephone: (216) 830-6830
>Facsimile:  (216) 830-6807
>akoschik@brouse.com

is admitted to practice pro hac vice as counsel for Veyance Technologies, Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

*Deborah A. Batts*  9/13/07
United States District Judge

2

HF 3777706v.1 #05856/0058