PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE 212/561.7700
FACSIMILE 212 561 7777

MEMO ENDORSED


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2007

Robert J. Feinstein         October 1, 2007          rfeinstein@pszjlaw.com
                                                     212.561.7710


RECEIVED
OCT - 1 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**BY HAND**

The Honorable Deborah A. Batts
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10010

    Re:    <u>Veyance Technologies, Inc. v. Dana Corporation,
et al. Case No. 07-CV-06169 (DAB)</u>

Dear Judge Batts:

    This firm represents the appellees (the "Appellees") in the above-referenced appeal from an order of Judge Burton R. Lifland, United States Bankruptcy Judge, denying a request by appellant ("Appellant") Veyance Technologies, Inc. for an order enlarging time pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure to deem as timely filed its prepetition administrative expense claims pursuant to Section 503(b)(9) of the United States Bankruptcy Code (the "Bankruptcy Code").

*Granted*
*s/ DAB*
*10/2/2007*

    Pursuant to Section II.C of Your Honor's Individual Practices, I am writing on behalf of Appellees to respectfully request a ten page enlargement of the twenty-five page limit for opening briefs. The appeal concerns a new provision of the Bankruptcy Code, and many issues have been raised in connection therewith. Appellees submit that the additional ten pages are necessary in order to properly develop these issues before this Court.

    We have consulted with counsel for the Appellant who has indicated that it has no objection to the extension of the page limit. In addition, we have advised counsel for the Appellant that Appellees will not object should Appellant seek an enlargement of the page limit for its reply.

LOS ANGELES
10100 SANTA MONICA BLVD
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE 415/263 7000
FACSIMILE 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

www.pszjlaw.com

DOCS_NY:13574.1       MEMO ENDORSED

MEMO ENDORSED

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Deborah A. Batts
October 1, 2007
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

Robert J. Feinstein

RJF/kgb
cc: Alan M. Koschik, Esq., Counsel for Appellant (by telecopier)
Joshua J. Angel, Esq., Counsel for Appellant (by telecopier)

**SO ORDERED**

Deborah A. Batts   10/2/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

DOCS_NY:13574.1