MEMO ENDORSED

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2007

# BROUSE McDOWELL
A LEGAL PROFESSIONAL ASSOCIATION

Alan M. Koschik
Attorney at Law
akoschik@brouse.com



1001 Lakeside Avenue
Suite 1600
Cleveland, OH 44114-1151
Office: 216.830.6830
Fax: 216.830.6807

388 S. Main Street
Suite 500
Akron, OH 44311-4407
Office: 330.535.5711
Fax: 330.253.8601
www.brouse.com

October 17, 2007

RECEIVED
OCT 18 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**VIA OVERNIGHT MAIL**

Hon. Deborah A. Batts
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

MEMO ENDORSED

**Re:** *In re Dana Corporation: Veyance Technologies, Inc. v. Dana Corporation, et al.*, Case No. 07-CV-06169-DAB (Bankruptcy Appeal)

Dear Judge Batts:

This firm represents the appellant, Veyance Technologies, Inc., in the above referenced bankruptcy appeal. Pursuant to Section II.C of Your Honor's Individual Practices, I am writing on behalf of the appellant to respectfully request a ten page enlargement of the ten page limit for reply briefs. The appellee, Dana Corporation, previously requested a ten page enlargement of the twenty-five page limit for opening briefs and was granted the same by Your Honor on October 2, 2007.

We feel that the additional ten pages are necessary in order to adequately reply to the appellee's thirty-five page brief. Further, in the appellee's letter to the Court requesting such extension, appellee specifically noted that they would have no objection to an enlargement of the page limit for the appellant's reply brief.

*Granted*
/s/ DAB
10/18/2007

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS    10/18/2007
UNITED STATES DISTRICT JUDGE

**BROUSE McDOWELL**
A LEGAL PROFESSIONAL ASSOCIATION

Hon. Deborah A. Batts
July 17, 2007
Page 2

    Thank you for your attention to this request. Please do not hesitate to call me if you have any questions regarding this request. My direct telephone number is (216) 830-6804.

Very truly yours,

*Alan M. Koschik*

Alan M. Koschik

AMK:dp

cc: Robert J. Feinstein, Esq.
      Matthew J. Williams, Esq.
      Paul Rubin, Esq.
      Nicole M. Hitch, Esq.



[694965]

