BROUSE McDOWELL L.P.A.
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
Marc B. Merklin (MM8195)
Alan M. Koschik (AK5891)

HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel (JA-3288)
Paul Rubin (PR-2097)

Attorneys for Appellant,
Veyance Technologies, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: DANA CORPORATION, *et al.*, Debtors. | |
|---|---|
| VEYANCE TECHNOLOGIES, INC., assignee of the Goodyear Tire & Rubber Company, Appellant, vs. DANA CORPORATION, *et al.*, Appellee. | **RULE 7.1 STATEMENT** <br><br> Case No. 07-CV-06169 (DAB) <br><br> (Bankruptcy Appeal) <br><br> Judge Deborah A. Batts |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for appellant, Veyance Technologies, Inc. ("Appellant") (a private non-governmental

party) certifies that there are no corporate parents, affiliates and/or subsidiaries of Appellant, which are publicly held.

Dated: New York, New York
November 15, 2007

                                      HERRICK, FEINSTEIN LLP
                                      Attorneys for Defendants

                                      By: _____
                                            Paul Rubin (PR-2097)
                                      2 Park Avenue
                                      New York, NY 10016
                                      (212) 592-1400