UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

   DANA CORPORATION, et al.

                    Debtors,

------------------------------------X
VEYANCE TECHNOLOGIES, INC.,
assignee of The Goodyear Tire
& Rubber Company,

                    Appellant,

   -against-                    07 Civ. 6169 (DAB)
                                      ORDER

DANA CORPORATION, et al.

                    Appellees.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    In a Stipulation dated January 24, 2008, the Parties in the above captioned bankruptcy appeal requested that the matter be dismissed with prejudice. Accordingly, pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, this appeal is hereby DISMISSED. The Clerk of Court is directed to close the docket in this case.

SO ORDERED.

Dated:   New York, New York
           January 28, 2008

                                                        Deborah A. Batts
                                             United States District Judge