**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

    DANA CORPORATION, et al.,
                         Debtors.
------------------------------------------------------------X
VEYANCE TECHNOLOGIES, INC., assignee of
The Goodyear Tire & Rubber Company,
                         Appellant,                       07 **CIVIL** 6169 (DAB)

         -against-                                 **JUDGMENT**

DANA CORPORATION, et al.,
                         Appellee.
------------------------------------------------------------X

      Whereas the parties in the above captioned bankruptcy appeal having requested that the matter be dismissed with prejudice, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on January 28, 2008, having rendered its Order dismissing the appeal, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 28, 2008, the appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
           January 29, 2008

                                                         **J. MICHAEL McMAHON**
                                                          **Clerk of Court**
                                   BY:
                                                           **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____